UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
: 
ALFRED TRIPPETT, :
:
               Plaintiff, :
: 25 Civ. 5399 (JPC)
    -v- :
: ORDER
CAMRISE, LLC, :
:
:
               Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Defendant was served with a Summons and the Complaint on September 24, 2025, making its deadline to respond October 15, 2025.  *See* Dkt. 6.  That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant.  Accordingly, the Court *sua sponte* extends Defendant's deadline to respond to the Complaint to November 17, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by November 24, 2025.

    Plaintiff shall serve a copy of this Order on Defendant by October 22, 2025, and file proof of such service on the docket by October 24, 2025.

    SO ORDERED.

Dated: October 16, 2025
       New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge